JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMARILLO ENGINEERING INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-07402 PA (SHx)<br><br>[Proposed] JUDGMENT |

On August 31, 2009, this action came on regularly for hearing, before the above-entitled Court, on Plaintiffs' motion for summary judgment. Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

///

///

1

226007.1

Judgment

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant Camarillo Engineering, Inc., the principal amount of $613,267.45, plus attorney's fees of $31,968.50, and court costs of $742.33, together with post-judgment interest as provided by law.

DATED: 8/31/09

_____
UNITED STATES DISTRICT JUDGE

2

Judgment

226007.1